# EXHIBIT 2

**Exhibit 2 to Complaint**
**Infringement Claim Chart**
**U.S. Patent No. 12,465,826**

**Proton Sports, Inc.**
**Flamingo Series 3**

The exemplary claim chart set forth below is provided based on information to date and may not be exhaustive. Plaintiff's investigation is ongoing. Plaintiff reserves the right to supplement and/or amend this exemplary infringement contention claim chart to identify additional asserted claims, accused products/instrumentalities, and/or to further identify where each element of each asserted claim is found in each accused product. For example, Plaintiff reserves the right to supplement and/or amend this exemplary infringement contention chart in view of any future discovery obtained from Defendant and/or third parties during the pendency of this litigation.

As used in claim chart below, the "Proton Accused Product(s)" include without limitation the following: the pickleball game paddles produced by Defendant Proton Sports, Inc. (hereinafter "Proton") including, but not necessarily limited to, the Flamingo Series 3, as well as any other Proton product that shares a similar structure/configuration and/or operates in a manner consistent with the theory of infringement outlined in the claim chart below. Plaintiff contends that the Proton Accused Product(s)—which is also herein referred to as the Flamingo Series 3—practices each of the claims of U.S. Patent No. 12,465,826 ("the '826 Patent") identified in the claim chart below in the manner shown and/or explained.

The Proton Accused Product(s)—along with the associated photographs and documents—discussed, cited, and/or otherwise referenced herein are representative in all material aspects of all other Accused Product(s) identified herein.

1

| | U.S. Patent No. 12,465,826 | Flamingo Series 3 |
|---|---|---|
| | **Claim 1** | |
| **1 [pre]** | A pickleball paddle, comprising: | The Flamingo Series 3 Paddle is a pickleball paddle. *See* https://protonsports.com/products/series-three-project-flamingo. |

| U.S. Patent No. 12,465,826 | Flamingo Series 3 |
|---|---|
| | |
| **1.a** a front surface; | The Flamingo Series 3 Paddle has a front surface (labeled "A" below). |

| | U.S. Patent No. 12,465,826 | Flamingo Series 3 |
|---|---|---|
| | | |
| **1.b** | a back surface opposing the front surface; | The Flamingo Series 3 Paddle has a back surface opposing the front surface (labeled "B" below). |

4

| | U.S. Patent No. 12,465,826 | Flamingo Series 3 |
|---|---|---|
| **1.c** | a core disposed between the front surface and the back surface, | The Flamingo Series 3 Paddle includes a core disposed between the front surface and the back surface, specifically a polypropylene core. https://protonsports.com/products/series-three-project-flamingo. |

5

| | U.S. Patent No. 12,465,826 | Flamingo Series 3 |
|---|---|---|
| | |
*See* https://www.youtube.com/watch?v=xbzdQXJomEU. |
| **1.d** | the core having an outer boundary including a first portion shaped and dimensioned to terminate internal to, and spaced apart from, an internal perimeter of the pickleball paddle, and a second portion shaped and dimensioned to terminate closer to the | The Flamingo Series 3 Paddle includes a core having an outer boundary including a first portion shaped and dimensioned to terminate internal to, and spaced apart from, an internal perimeter of the pickleball paddle, and a second portion shaped and dimensioned to terminate closer to the internal perimeter of the pickleball paddle relative to the first portion: |

6

| U.S. Patent No. 12,465,826 | Flamingo Series 3 |
|---|---|
| internal perimeter of the pickleball paddle relative to the first portion |  |

| | **U.S. Patent No. 12,465,826** | **Flamingo Series 3** |
|---|---|---|
| | | \n\n*See* https://www.youtube.com/watch?v=xbzdQXJomEU. |
| **1.e** | a gap formed as a void external to the core and positioned between the outer boundary of the core and the internal perimeter of the pickleball paddle, | The Flamingo Series 3 Paddle includes a gap formed as a void external to the core and positioned between the outer boundary of the core and the internal perimeter of the pickleball paddle: |

8

| U.S. Patent No. 12,465,826 | Flamingo Series 3 |
|---|---|
| |  |

9

| U.S. Patent No. 12,465,826 | Flamingo Series 3 |
|---|---|
| |  *See* https://www.youtube.com/watch?v=xbzdQXJomEU. |

| | **U.S. Patent No. 12,465,826** | **Flamingo Series 3** |
|---|---|---|
| | | *See* https://www.youtube.com/watch?v=xbzdQXJomEU. |
| **1.f** | the gap extending around at least the first portion of the outer boundary of the core; | The Flamingo Series 3 Paddle includes a gap extending around at least the first portion of the outer boundary of the core: |

11

| U.S. Patent No. 12,465,826 | Flamingo Series 3 |
|---|---|
|  |  |

See https://www.youtube.com/watch?v=xbzdQXJomEU.

| | U.S. Patent No. 12,465,826 | Flamingo Series 3 |
|---|---|---|
| | | *See* https://www.youtube.com/watch?v=xbzdQXJomEU. |
| **1.g** | a first filler disposed within at least a portion of the gap beyond the outer boundary of the core; | The Flamingo Series 3 Paddle includes a first filler disposed within at least a portion of the gap beyond the outer boundary of the core: |

13

| U.S. Patent No. 12,465,826 | Flamingo Series 3 |
|---|---|
|  |  |

14

| U.S. Patent No. 12,465,826 | Flamingo Series 3 |
| --- | --- |
| |  |

*See*

| | U.S. Patent No. 12,465,826 | Flamingo Series 3 |
|---|---|---|
| | | *See* https://www.youtube.com/watch?v=xbzdQXJomEU. |
| **1.h** | a frame disposed about at least a head portion of the pickleball paddle along an edge portion thereof, | The Flamingo Series 3 Paddle includes a frame disposed about at least a head portion of the pickleball paddle along an edge portion thereof: |

16

| U.S. Patent No. 12,465,826 | Flamingo Series 3 |
|---|---|
| | |
| **1.i** the frame at least partially disposed between the front surface and the back surface along the edge portion, | The Flamingo Series 3 Paddle includes a frame at least partially disposed between the front surface and the back surface along the edge portion: |

17

| | U.S. Patent No. 12,465,826 | Flamingo Series 3 |
|---|---|---|
| | | |
| 1.j | the frame defining a hollow interior portion; and | The Flamingo Series 3 Paddle includes a frame defining a hollow interior portion: |

| U.S. Patent No. 12,465,826 | Flamingo Series 3 |
|---|---|
| |  |

| U.S. Patent No. 12,465,826 | Flamingo Series 3 |
| --- | --- |
| |  *See* https://www.youtube.com/watch?v=xbzdQXJomEU. |

| | U.S. Patent No. 12,465,826 | Flamingo Series 3 |
|---|---|---|
| | | *See* https://www.youtube.com/watch?v=xbzdQXJomEU. |
| 1.k | a second filler disposed within at least a portion of the hollow interior portion of the frame. | The Flamingo Series 3 Paddle includes a second filler disposed within at least a portion of the hollow interior portion of the frame: |

| U.S. Patent No. 12,465,826 | Flamingo Series 3 |
|---|---|
| |  |

| U.S. Patent No. 12,465,826 | Flamingo Series 3 |
|---|---|
| |  *See* https://www.youtube.com/watch?v=xbzdQXJomEU. |

| | U.S. Patent No. 12,465,826 | Flamingo Series 3 |
|---|---|---|
| | | *See* https://www.youtube.com/watch?v=xbzdQXJomEU. |